# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

_____J.C. Ransom_____,   Case #:  16-04104
                                     Chapter 13
       Debtor(s)                     Hon. James W. Boyd
_____/              Filed: 8-8-2016

## FIRST PRE CONFIRMATION AMENDMENT
## TO DEBTOR'S CHAPTER 13 PLAN

( ) Original Chapter 13 Plan   Amendment no: __1st__   (X) pre-confirmation  ( ) post-confirmation

Debtor, J.C. Ransom, amends her Chapter 13 Bankruptcy Plan as follows:

**II.   FUNDING   A.  PLAN PAYMENT**

Debtor's plan payment shall change from $740.00 per month to $760.00 per month.

All other provisions remain the same and unchanged regarding this plan.

Date: 10-26-2016                    /s/__J.C. Ransom_____
                                    Debtor,  J.C. Ransom


                                    /s/ _____
                                    Debtor,


__/s/___Paul Bare_____
Bare & Clough, PC
By: Paul Bare (P26843)
By:  Carroll Clough (P68204)
Attorney for the Debtors
1010 S. Garfield Avenue, Suite 300
Traverse City, MI 49686
(231) 946-4901
**lawofficecourtdocs@gmail.com**